Selip & Stylianou LLP
Conspicuous Service

# DISTRICT COURT OF THE COUNTY OF NASSAU
## FIRST DISTRICT: HEMPSTEAD

## AFFIDAVIT OF SERVICE

*1285347*

Index no : CV-011179-21
Date of Purchase: 07/23/2021
Office No: P038559

| Plaintiff(s): | DEPARTMENT STORES NATIONAL BANK |
|---|---|
| Defendant(s): | PETRINA N HARRISON |

STATE OF NEW YORK COUNTY OF NASSAU        ss.:

I Jazmin Patino being duly sworn deposes and says I am over the age of 18 and reside in New York State

On **08/31/2021** at **5:18 PM**, at **23822 116TH RD , ELMONT, NY 11003**, deponent attempted to make personal service of a true copy of the **SUMMONS AND COMPLAINT** in the above entitled action upon **PETRINA N HARRISON** the **Defendant(s)** therein named.

Deponent made prior attempts to effect personal service upon the said **Defendant(s)** at the aforementioned address to wit: **08/10/2021 at 6:34 PM, 08/17/2021 at 8:48 AM, 08/25/2021 at 6:37 PM, 08/31/2021 at 5:18 PM**.

That personal service could not be made with due diligence upon the said **Defendant(s)** and therefore deponent on **08/31/2021** at **5:18 PM** at the aforementioned address, served a true copy of the aforementioned document(s) herein upon the said **Defendant(s), PETRINA N HARRISON** by affixing same to the door of **Defendant(s)**, said residence, since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copies thereof, and on **09/02/2021** I deposited in the United States mail another true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **23822 116TH RD , ELMONT, NY 11003**. That address being the last known residence, usual place of abode of the Defendant(s).
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

## ADDITIONAL MAILING PURSUANT TO 3215

IN COMPLIANCE WITH CPLR 3215, on 09/02/2021 DEPONENT GAVE ADDITIONAL NOTICE OF THIS ACTION BY ENCLOSING A COPY OF THE SAID SUMMONS IN A FIRST CLASS POSTPAID ENVELOPE ADDRESSED TO DEFENDANT AT DEFENDANT'S PLACE OF RESIDENCE AT 23822 116TH RD, ELMONT, NY 11003 AND DEPOSITING SAID ENVELOPE IN AN OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POST OFFICE. THE ENVELOPE BORE THE LEGEND "PERSONAL AND CONFIDENTIAL" AND DID NOT INDICATE ON THE OUTSIDE THEREOF THAT THE COMMUNICATION WAS FROM AN ATTORNEY OR CONCERNS AN ALLEGED DEBT.

Comments: **Service completed pursuant to CPLR 308 (4)**

Sworn to and subscribed before me on
09/02/2021

Martine Pierre
Notary Public, State of New York
No. 01PI6387004
Commissioned in Nassau County
Commission Expires 2/4/2023

X _____
Jazmin Patino
Progressive Legal Support
P.O. Box 85
Valley Stream, NY 11582
516-218-2050 Clerk: Clerk3

ADDITIONAL MAILING
17 NOV 2021

RECEIVED
SEP 03 2021
DISTRICT COURT CIVIL TERM