UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PETRINA N. HARRISON,

    Plaintiff,

-against-

SELIP & STYLIANOU, LLP, et al.,

    Defendants.

Docket No.: 2:22-cv-07574-JMA-LGD

**STIPULATION OF DISMISSAL**

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiff Petrina N. Harrison, and Defendants Selip & Stylianou, LLP, Rubin & Rothman, LLC, Progressive Process Service Inc., and Jazmin Patino, that the within action shall be dismissed with prejudice, as to named Defendants, and with each party to bear their own fees and costs.

Dated: March 6, 2023

**Tariq Law PC**
*Attorney for Plaintiff*
*Petrina N. Harrison*

By:_____
    Subhan Tariq, Esq.

99 Park Avenue, Suite 1100
New York, NY 10016
Tel No: (212) 804-9095

**Kaufman Dolowich & Voluck, LLP**
*Attorney for Defendant*
*Selip & Stylianou, LLP*

By:_____
    Adam Matthew Marshall, Esq.

135 Crossways Park Dr, Suite 201
Woodbury, NY 11797
Tel No: (516) 681-1100

**Robert L. Arleo, ESQ. P.C.**
*Attorney for Defendants*
*Rubin & Rothman, LLC,*
*Progressive Process Service Inc.,*
*and Jazmin Patino*

By: _____
    Robert L. Arleo, Esq.

1345 Sixth Avenue, 33rd Floor
New York, NY 10105
Tel No: (212) 551-1115